UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

TAMIKO P. WALKER,

      Plaintiff,

v.

CHECK PLUS SYSTEMS, INC. d/b/a
CPS SECURITY,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, TAMIKO P. WALKER, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, CHECK PLUS SYSTEMS, INC. d/b/a CPS SECURITY, is a corporation and citizen of the State of Texas with its principal place of business at Suite 665, 9901 1H-10 West, San Antonio, Texas 78230.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes, actually due by a Stephanie Hill.

10.      Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

May 28, 2010 at 2:13 PM – Pre-Recorded Message
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

June 3, 2010 at 2:28 PM – Pre-Recorded Message

2

Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>June 7, 2010 at 8:08 PM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>June 10, 2010 at 4:43 PM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>June 16, 2010 at 1:40 PM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>June 21, 2010 at 5:18 PM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>July 1, 2010 at 6:14 PM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>July 7, 2010 at 11:21 AM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>July 15, 2010 at 5:33 PM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>July 19, 2010 at 5:05 PM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>July 21, 2010 at 6:14 PM – Pre-Recorded Message</u>
With CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>July 27, 2010 at 11:50 AM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>July 30, 2010 at 1:16 PM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt

and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

<u>August 3, 2010 at 4:11 PM – Pre-Recorded Message</u>
Gram with CPS Security. Please contact me regarding your recent credit card transaction. I can be reached at 1-877-277-1775. When returning my call please reference ID number 3089963. This is an attempt to collect a debt and any information will be used for that purpose. Again, our number is 1-877-277-1775 and your reference number is 3089963.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See <u>*Berg v. Merchs. Ass'n Collection Div*</u>., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Because Defendant's messages fail to identify the intended recipient,

it is impossible to determine if the message is intended for Plaintiff or some other

party and consequently the messages fail to state the purpose of the calls.

14.     Plaintiff initially believed Defendant was attempting to collect a debt

she owed but has since determent that she is not indebted with respect to the

alleged debt and that it is a debt actually due a Stephanie Hill.

15.     Plaintiff does not know Stephanie Hill and is not liable for the debt of

Stephanie Hill.

16.    It is harassing to telephone a person who does not owe debts and then require the non-obligated party to listen to and respond to repetitive automated telephone messages.

17.    Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

18.    None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

## COUNT I
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

19.    Plaintiff incorporates Paragraphs 1 through 18.

20.    Because Defendant's messages fail to identify the intended recipient, it is impossible to determine if the message is intended for Plaintiff or some other party and consequently the messages fail to state the purpose of the calls in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

   a.    Damages;

   b.    Attorney's fees, litigation expenses and costs of suit; and

   c.    Such other or further relief as the Court deems proper.

## COUNT II
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

21.     Plaintiff incorporates Paragraphs 1 through 18.

22.     Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone, in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), *Clarke, Kerryjoe N. v Weltman, Weinberg & Reis, Co., et al.,* Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010), (holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

23.     Plaintiff incorporates Paragraphs 1 through 18.

24.     Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.      Damages;

b.      a declaration that Defendant's calls violate the TCPA;

c.      a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice of the called party; and

d.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658