UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61351-Civ-Middlebrooks/Johnson

TAMIKO P. WALKER,

    Plaintiff,

v.

CHECK PLUS SYSTEMS, INC. d/b/a
CPS SECURITY,

    Defendant.
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff, Tamiko P. Walker, files her Response to Defendant's Motion to Dismiss for Failure to State a Claim (DE 8) and, in support thereof, states as follows:

    1.    Defendant's Motion should be denied as moot because Plaintiff has accepted an offer from Defendant moments ago, which will result in the dismissal of this case as soon as the parties are able to draft, exchange, and finalize their settlement documents.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61351-Civ-Middlebrooks/Johnson

TAMIKO P. WALKER,

    Plaintiff,

v.

CHECK PLUS SYSTEMS, INC. d/b/a
CPS SECURITY,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on August 11, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                  Donald A. Yarbrough, Esq.

## SERVICE LIST

Jacqueline E. Cannavan, Esq.
Jacqueline E. Cannavan, P.A.
Suite 415
3440 Hollywood Boulevard
Hollywood, FL 33021
Telephone: 954-272-2010
Facsimile: 954-241-4216
Via Notices of Electronic Filing generated by CM/ECF